Monica A. Limón-Wynn (#019174)
LIMÓN-WYNN LAW, PLLC
1400 East Southern Avenue, Suite 915
Tempe, Arizona 85282-8008
Telephone: (480) 946-0680
Facsimile: (888) 893-9698
E-Mail: mlimon-wynn@mlwlawaz.com
Attorneys for Plaintiff PharMerica Mountain, LLC

Jennifer Metzger Stinnett (admitted *pro hac vice*)
William H. Mazur (admitted *pro hac vice*)
Daniel E. Hancock (admitted *pro hac vice*)
FULTZ MADDOX DICKENS PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020
E-Mail: jstinnett@fmdlegal.com
E-Mail: wmazur@fmdlegal.com
E-Mail: dhancock@fmdlegal.com
Attorneys for Plaintiff PharMerica Mountain, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PharMerica Mountain, LLC d/b/a PharMerica, a Delaware limited liability company,<br><br>  Plaintiff,<br>v.<br>Arizona Rehab Campus, LLC d/b/a Arizona Rehab Campus, an Arizona limited liability company,<br><br>  Defendant. | No. 4:20-cv-00493-RM<br><br>**MOTION FOR FINAL JUDGMENT** |

Plaintiff PharMerica Mountain, LLC d/b/a PharMerica ("PharMerica"), by and through counsel, hereby moves this Honorable Court for entry of final judgment against Defendant Arizona Rehab Campus, LLC ("Arizona Rehab"). Through this motion, PharMerica seeks to finalize this action by forgoing the additional damages and claims it reserved for trial in the interest of obtaining a final, appealable, and collectible judgment. In support of this Motion, PharMerica states as follows:

1. On August 9, 2022, this Court granted PharMerica's motion for partial summary judgment (DN 58) as to its Count I for breach of contract, finding Defendant Arizona Rehab Campus, LLC ("Arizona Rehab") liable in the amount $877,395.26, plus $378.45 per day in contractual interest beginning after December 2, 2021. *See* DN 84. The Court further dismissed with prejudice PharMerica's Count VI (fraud) and punitive damages claims and Arizona Rehab's sole counterclaim. *Id.*

2. PharMerica, in seeking partial summary judgment, reserved its opportunity to seek additional damages for an additional $112,102.28 on Count I and its alternative Counts II-V for trial. The Court's Order (DN 58) affirmed that these are the only issues remaining before the Court.

3. Due to concerns surrounding Arizona Rehab's ability to satisfy any outstanding judgment, PharMerica now seeks to reduce the partial summary judgment award to a final judgment.

4. Specifically, the United States Securities Exchange Commission ("SEC") has brought a complaint for securities violations against Arizona Rehab (amongst other defendants) (the "SEC Action"). That case is currently pending before the U.S. District Court of the District of Nevada as Case No. 20-cv-02308-JCM-DJA. PharMerica believes the outcome of that matter and its possible repercussions could adversely affect PharMerica's ability to collect amounts owed from Arizona Rehab.

5. Based upon the First Amended Complaint in the SEC Action, the SEC has alleged that Arizona Rehab, along with a related entity America's Rehab Campuses – Arizona, LLC, issued over $28 million in securities to raise money from investors without registering those offerings with the SEC. The SEC further alleges that in connection with Arizona Rehab's offerings, it and the other defendants defrauded investors out of almost $10 million by concealing Arizona Rehab's financial difficulties and the true intended use of the investors' money, which was to repay other projects wrongly raided by Arizona Rehab's sole manager and majority owner, as opposed to renovating Arizona Rehab's

facility as the investors were told.[1]

6. Accordingly, and because they were pled in the alternative to its breach of contract claim, PharMerica hereby moves under Fed. R. Civ. P. 41(a)(2) for dismissal of Count II (unjust enrichment/constructive trust), Count III (promissory estoppel), Count IV (quantum meruit), and Count V (account stated/open account), with prejudice.

7. Further, in the interest of obtaining an enforceable judgment, PharMerica will forgo seeking the remaining $112,102.28 it asserts it is owed under Count I.

8. Dismissal of Counts II through V, coupled with a waiver of the remaining $112,102.28 at issue, disposes of the entire case between PharMerica and Arizona Rehab, leaving nothing further to be decided by the Court.

9. Accordingly, PharMerica respectfully requests that a final and appealable judgment be entered and certified on its behalf in the total amount of $983,361.26 (comprised of $667,700.42 in principal and $315,660.84 in interest through September 8, 2022), plus interest thereafter at the per diem rate of $378.45 until entry of final judgment, with post-judgment interest thereafter at the applicable rate.[2]

10. In furtherance of the relief requested in this motion, PharMerica also requests that the Court suspend the current October 10, 2022, deadline for the parties to file a Joint Proposed Pretrial Order (*see* DN 86) pending the outcome of this motion.

---

[1] PharMerica does not have additional information on the matters alleged in the SEC Action beyond what is present in the government's pleadings and subsequent public filings in that matter.

[2] PharMerica will bring a separate motion for its attorneys' fees and costs pursuant to LRCiv 54.2 and A.R.S. §12-341.01(a) upon entry of final judgment.

**DATED** this 8th day of September, 2022.

FULTZ MADDOX DICKENS PLC

By: /s/ Daniel E. Hancock

Jennifer Metzger Stinnett
William H. Mazur
Daniel E. Hancock
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202

– and –

Monica A. Limón-Wynn
LIMÓN-WYNN LAW, PLLC
1400 East Southern Avenue, Ste. 915
Tempe, Arizona 85282-8008

*Attorneys for
Plaintiff/Counterdefendant
PharMerica Mountain, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, I caused to have the foregoing document electronically transmitted to the Clerk's Office using the CM/ECF System and all CM/ECF registered users using the CM/ECF system for filing and service.

                                                /s/ Daniel E. Hancock