# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PharMerica Mountain LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Arizona Rehab Campus LLC,<br><br>　　　　Defendant. | NO. CV-20-00493-TUC-RM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed October 3, 2022, Plaintiff shall have and recover a judgment from Defendant in the total amount of $983,361.26, comprised of $667,700.42 in principal and contractual interest through September 8, 2022 in the amount of $315,660.84, plus interest thereafter at the per diem rate of $378.45 until entry of this Judgment and with post-judgment interest to apply thereafter at the applicable rate..

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 3, 2022

　　　　　　　　　　　　　　　　　　s/ Jennifer A. McCarthy
　　　　　　　　　　　　　　　By　 Deputy Clerk